IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CASE NO. 7:11-CR-134-1BO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DONALD SCOTT, JR.**,<br>　　　　　　　　**Defendant.** | **ORDER TO FILE DOCUMENT<br>UNDER SEAL** |

This matter having come before the Court on motion of counsel for Defendant to file documents under seal, and for good cause shown;

IT IS HEREBY ORDERED that the Defendant's Proposed Sealed documents #32 and 33 be filed under seal.

ORDERED THIS __13__ day of March, 2012.

　　　　　　　　　　　　　　　　_/s/ Terrence Boyle_
　　　　　　　　　　　　THE HONORABLE TERRENCE W. BOYLE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE